# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2378

_____

| | | |
|---|---|---|
| Judy M. Shepard, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Western District of Missouri. |
| | * | |
| John McHugh,[1] Secretary of the Army, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: January 6, 2011
Filed: June 30, 2011

_____

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Judy M. Shepard appeals the district court's[2] adverse grant of summary judgment in her Title VII and Rehabilitation Act action against the Secretary of the Army. Following careful de novo review, *see Murphy v. Mo. Dep't of Corr.*, 372 F.3d 979, 982 (8th Cir. 2004) (summary judgment standard of review), this court concludes

_____

[1]John McHugh has been appointed to serve as Secretary of the Army, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

[2]The Honorable John T. Maughmer, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

that summary judgment was properly granted for the reasons stated in the district court's Order.  AFFIRMED.  *See* 8th Cir. R. 47B.

_____